1 McGREGOR W. SCOTT
United States Attorney
2 MARLON COBAR
Assistant U.S. Attorney
3 2500 Tulare Street
Fresno, California 93721
4 Telephone:  (559) 497-4000

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT FOR THE

9                       EASTERN DISTRICT OF CALIFORNIA

10

UNITED STATES OF AMERICA,          ) 1:08-CR-00296 AWI
11                                       )
                    Plaintiff,         )
12                                       )
        v.                             ) ORDER ON STIPULATION
13                                       )
                                       )
14 JEFFREY ALEXANDER LASSOTOVITCH,     )
                                       )
15                  Defendant.          )
_____)
16

17      Having read and considered the parties' stipulation to

18 continue the current status conference date of December 15, 2008,

19 at 9:00 a.m. to January 26, 2009, at 9:00 a.m. in this matter,

20      IT IS THE ORDER OF THE COURT THAT, the current status

21 conference date is hereby continued to January 26, 2009, at 9:00

22 a.m.

23      IT IS FURTHER ORDERED THAT, time be excluded to and through

24 January 26, 2009 in order to (1) permit the government and

25 defense counsel to engage in further plea disposition

26 negotiations; and (2) for the defense to adequately prepare for

27 the hearing in this case following the government's anticipated

28 plea offer, in that the ends of justice served by a continuance

                                  1

1  "outweigh the best interests of the public and the defendant in a

2  speedy trial."  <u>See</u> 18 U.S.C. § 3161(h)(8).

3

4  IT IS SO ORDERED.

5  **Dated:   December 9, 2008**                    **/s/ Anthony W. Ishii**
                                                    CHIEF UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28