DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JEFFREY ALEXANDER LASSOTOVITCH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:08-cr-00296 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. | Date:  August 3, 2009 |
| JEFFREY ALEXANDER LASSOTOVITCH, | Time:  9:00 a.m. |
| Defendant. | Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MARLON COBER, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant, Jeffrey Lassotovitch, that the date for status conference in this matter may be continued to August 3, 2009, or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is July 27, 2009.  The requested new date is August 3, 2009.**

The government extended a revised plea offer on July 22, 2009.  Additional time is needed to review the revised offer with Mr. Lassotovitch.  In addition, defense counsel will be out of the office on July 27, 2009.  Therefore, the requested continuance will also allow for continuity of counsel.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the

ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

                                              LAWRENCE G. BROWN
                                              Acting United States Attorney

DATED: July 23, 2009                By  /s/ Marlon Cober
                                              MARLON COBER
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

                                              DANIEL J. BRODERICK
                                              Federal Defender

DATED: July 23, 2009                By  /s/ Eric V. Kersten
                                              ERIC V. KERSTEN
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              JEFFREY ALEXANDER LASSOTOVITCH

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).


IT IS SO ORDERED.

**Dated:   July 24, 2009**                      /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE